IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MICHAEL SKEEN     PLAINTIFF

v.     No. 4:18-cv-394-DPM

PINNACLE HOTEL GROUP, INC.; and
MCCAIN LODGING DOWNTOWN LLC     DEFENDANTS

## JUDGMENT

The amended complaint is dismissed with prejudice. The Court retains jurisdiction until 9 August 2019 to enforce the settlement.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 June 2019